Form B18(Official Form 18)
(9/97)

# UNITED STATES BANKRUPTCY COURT
District of Minnesota

In Re:
CHRISTOPHER PETER ABDUL-HAQQ
1462 19TH AVE NW
NEW BRIGHTON, MN 55112

Case Number: 01 - 31256

Chapter: 7

Debtor

Social Security Number:
Debtor: 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

## DISCHARGE OF DEBTOR

It appears that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated: 06/27/01**

**BY THE COURT**

GREGORY F KISHEL
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT

Filed and docket entry made on 06/27/01

Patrick G. De Wane, Clerk